

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 1 6 2008

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RANDY RAY CARSON #32428

Print the full name (first · middle · last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.  08 - 4650

SECTION  SECT C MAG 2

versus

C.O. YOUNG.
GEORGBY LODGINO. LT.
POD. OFFICER ON. EVENING. 8/19/08
~~KATHY LADNE , ADMINISTRATOR~~ DROP
~~MR. GRAY MAIL ROOM~~ DROP.
AL. ~~BURY~~ STRAIN. WARDEN.

Print the full name of all defendants in
this action.
**DO NOT WRITE et al.**

COMPLAINT

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (X)

TENDERED FOR FILING

OCT - 9 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _Paupu_
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

B.   If your answer to A is "yes", describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.   Parties to the previous lawsuit

       Plaintiffs  _____

       _____

       Defendants  _____

       _____

    2.   Court (If federal court, name of the district court; if state court, name the parish.)

       _____

    3.   Docket Number _____

    4.   Name of judge to whom case was assigned _____

       _____

    5.   Disposition (For example:  Was this case dismissed?  Was it appealed?  Is it still pending?)

       _____

    6.   Approximate date of filing lawsuit _____

    7.   Approximate date of disposition _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II. PLACE OF PRESENT CONFINEMENT: _ST. TAMMANY PARISH JAIL_

A. Is there a prisoner grievance procedure in this institution?
Yes (X)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X)  No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

_I CANT LT. LONGSINO TOOK MY COMPLAINTS 3 GRIEVANCES_

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?
_LT LONG-GINO WILL NOT RESPOND TO ANY ARPS OR COMPLAINTS._

D. If your answer is NO, explain why you have not done so: _____

_THEY WILL NOT ALLOW ME TO COMPLETE THE PROCESS_

_THEY WILL NOT RESPOND._

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) _CARSON. RANDY RAY._

Prisoner Number _32428 ID#_

Address _C-838- POBOX. 908 COVINGTON. LA. 70434_

Date of Birth _5-22-62_

Date of Arrest _OCT 10th 2007_

Date of Conviction _PRE TRIAL DETAINEE / NO CONVICTION._

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.    Defendant _C.O. YOUNG._ is employed as _CORRECTIONS OFFICER_ at _S.T.P. JAIL._

Address for service: _PO BOX. 908, COVINGTON LA. 70484_

C.    Defendant _GREGORY LONGINO LT._ is employed as _CORRECTIONS OFFICER_ at _S.T.P. JAIL_

Address for service: _PO BOX. 908 COVINGTON. LA. 70434_

D.    Defendant _POD OFFICER. NO NAME_ is employed as _CORRECTIONS OFFICER_ WORKING PM. FEED UP. ON 8/14/08 at _P.O. BOX 908 COVINGTON LA. 70437_

Address for service: _S.T.P. JAIL_

DROP.    E.    Defendant _KATHY LAVIGNE_ is employed as _ADMINISTRATIVE_ _C.O. OFFICER._ at _S.T. P. JAIL._

Address for service: _Po. Box. 908 COVINGTON. LA. 70437_

DROP    F.    Defendant _MR. GARY_ is employed as _CORRECTIONS. OFFICER_ _MAIL ROOM._ at _S.T.P. JAIL._

Address for service: _P.O. Box. 908 COVINGTON, LA. 70437_

G.    Defendant _MR. STRABN. WARDEN_ is employed as _WARDEN,_ at _S.T. P. JAIL._

Address for service: _PO. Box. 908 COVINGTON. LA. 70437_

ALL ABOVE DEFENDANTS ARE TO BE SUED BOTH IN EITHER OFFICIAL & INDIVIDUAL CAPACITY. PLEASE.

IV.    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

ATTACHED.

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Monetary Relief - 25,000. nominal & punitive damages
Plaintiff is partial detainee, and has suffered physical mental & emotional
injury, Compounded by continued, threatining actions. also
medical regaurding my neck, perscriptions and a M.R.I., to
make sure there is not permenant damage.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _____3RD_____ day of _____OCTOBER_____, 20_08_.


_____
(Signature of Plaintiff)

04/2006

6

## INMATE COMPLAINT FORM

Randy Carson
**Inmate's Name**

C-838
**Housing Assignment**

**Booking Number**

**DATE OF INCIDENT:** 8-19-08

**TIME OF INCIDENT:** Approx. 4:30 to 5:00 pm.

**PLACE OF INCIDENT:** C Dorm. St. Tammany Parish Jail

### COMPLAINT

This Complaint is regarding not getting a responce to the responce concerning the Complaint filed on 8-19-08 not only have I asked that a proper investigation be done, I asked for a copy of the back side of the complaint you denied on 8/19/08. Now I wrote a complaint form, because I could not get a proper A.R.P. form. I wrote Emergency Grievance on top because Reprisal as a grievance exists, you that night cops fear of further Reprisal gives me that night. I am told that? Asst. Warden Gregory Longino is responsible to investigate these type complaints. And if you actually read my complaint and denied it then you are discriminating against me and denying me Due process. C.O. Young is a black officer, who has made racial statements to me. This stated in a prior complaint. Then he battered me regarding that complaint. And you don't care and are protecting him. I asked that you look at the cameras and talk to my witness and the head deputy. I said I would take a polygraph. And part is that this administration knows but continues to allow C.O. Young to physically assault battle inmates. Today is the third time I had to go to medical and sit half the day in a holding cell because C.O. young hurt my neck when he slammed my head into the wall medical calls it whip lash but it hurts like hell, I wake up I cant turn my neck from side to side; I am a pre-trial detainee; who gives any of you a right to handcuff and push someones head into the wall. take notes? I never got written up or an incident report just got locked up in old medical without supper. For What!!?

9/6/08                                      Randy Carson
**Date Filed**                            **Inmates' Signature**

ANYWAY, I SAW THE SHIFT LT. AND SHOWED HEM THE MARKS AND TOLD HIM WHAT HAPPENED. HE HAD A FEMALE C.O. BRING ME BACK TO THE DORM, AND TOLD HER TO MAKE SURE I ATE. AND SHE DID!

# INMATE COMPLAINT FORM

**Inmate's Name** _Randy Carson_   **Booking Number** _____   **Housing Assignment** _C-838_

**DATE OF INCIDENT:** _8-19-08_

**TIME OF INCIDENT:** _approx. 5:00 pm._

**PLACE OF INCIDENT:** _C Dorm Tarrant County Parish jail._

## COMPLAINT

On the last feed up on 8-19-08, I was given a sandwich with no meat on it. When the trustee handed me the sandwich I knew by weight that something was wrong. So I opened up the sandwich right in front of C.O. Young. I showed him. He snapped back "Don't come to jail"! I admit I hate to hear those words. However in my year at this jail the only time I had a problem or felt personally abused out of Dave Maloy, this was from C.O. Young. He is hateful with no people skills. Anyway as I walked away I called him a racist pig. But as I was walking away almost to the water fountain. He yelled and told me come here. I put my food down and walked to the door. He told me to turn around and he cuffed me. I was not struggling but he was really rough without cause. I said why don't you cuff me a little tighter. He said OK I will and used both hands to squeeze the cuffs as tight as possible. You could not get another click out of the cuffs. C.O. Young did this with the intent to really hurt me. And then stated "write a complaint about that." That's when I realized and remembered the complaint I wrote, regarding the misuse of hand cuffs. C.O. Young was the only named officer in my complaint. Some how he must have found out. I was not trying to single him out but he did really hurt me at Earl K. Long. He refused to get soft restraints for me when I was transported to Earl K. Long. I have a medical problem that requires my not being placed in metal cuffs due to blood clots. This is in my medical file as "soft restraints only." By Dr. Englade. Anyway while walking across the hospital to the holding cell, "a long way." He wanted me to walk faster. But I stated the cuffs were hurting me so he keep shoving me. When I asked him to quit it he did it more nearly causing me to fall on my face while handcuffed. See the complaint form filed on 8-12-08. SEE other side ——→

_8/19/08_
**Date Filed**

_Randy Carson_
**Inmates' Signature**

NOT FOLLOWING P...
PLEASE ASK RUNNER FO...
_complaint_ FORM.

_You cannot file_
_and emergency_
_grievance before a complain..._
..._is just a complaint_

JUSTIN FARUE, Tell S.A.Dav.

## INMATE COMPLAINT FORM

Randy Carson

_____          _____          C 838
**Inmate's Name**               **Booking Number**               **Housing Assignment**

**DATE OF INCIDENT:** _____ 8-11-08 _____

**TIME OF INCIDENT:** _____ A.M. _____

**PLACE OF INCIDENT:** _____ COURT HOUSE & JAIL _____

### COMPLAINT

THE PROCESS USED TO TRANSPORT PRETRIAL DETAINED PERSONS IS CRUEL AND UNUSUAL PUNISHMENT. BEING SHACKLED WITH WAIST CHAINS AND LEG IRONS FROM APPROX. 6:00 AM TO 8:00 OR 9:00 PM. IS EXCESSIVE. BECAUSE WE ARE BEING HELD IN SECURELY BUILT HOLDING CELLS IN THE COURTHOUSE. WE SHOULD NOT BE HANDCUFFED, WE ARE FORCED TO EAT IN SHACKELS WITH OUR HANDS AT OUR SIDES. I ASKED TO HAVE THE CUFF REMOVED SO I COULD USE THE REST ROOM (SIT DOWN). I STATED I COULD NOT REACH TO CLEAN MY SELF. I WAS TOLD TO BAD-

I PERSONALLY HAVE D.V.T. AND AM A HIGH RISK OF BLOOD CLOTS. MY MEDICAL FILE STATES SOFT RESTRAINTS, BUT THEY ONLY PUT THEM ON MY FEET.

I AM AN OLDER PERSON, AND BEING SHACKLED THAT LONG THAT TIGHT HURTS ME IT CRUSES MY ANKLES AND ARMS SOME TIMES I HURT FOR DAYS AFTER BEING SHACKLED I AM GETTING MUSEL CRAMPS AND SPASMS IN MY NECK AND SHOLDERS WILE HAND CUFFED. THESE CRAMPS HURT VERY BAD. WHAT RIGHT DO YOU HAVE TO HURT ME AND PUNISH ME. I HAVE A VERY REAL FEAR OF GETTING A BLOODCLOT AND IT PASSING CAUSEING AN EMBOLISM, AND BEING DEAD OR PARALIZED.

NOW AS FAR AS THE TRANSPORT OFFICERS WHO TAKE ME TO THE HOSPITAL, EVERY ONE OF THEM EXCEPT OFFICER YOUNG HAVE BEEN REAL GOOD AND HELPFULL AND TREATED ME LIKE A HUMAN BEING. TO THEM I SAY THANK YOU GOD BLESS YOU AND YOUR FAMILYS.

_____          *Return: What policies the Courthouse has is out the realm of the jail complaint policy. We do not have anything to do with their policy.*

_____ 8/12/08 _____          Randy Carson
**Date Filed**                   **Inmates' Signature**

*Since you have no problems with Transport you need to write to Courthouse Security (on your statement) P.O. Box 799 ___ ___ ___ La. 70434*

## INMATE COMPLAINT FORM

Randy Carson
**Inmate's Name**

**Booking Number**

C-838
**Housing Assignment**

**DATE OF INCIDENT:** 9-10-08

**TIME OF INCIDENT:** BRAKEFAST § LUNCH. (DURING FEED UP).

**PLACE OF INCIDENT:** C. SIDE ST. TAMMANY JAIL.

### COMPLAINT

I have written complaints and a grievance form. All of them concern my being hand cuffed and then beat up and dished down by C.O. Young. I feel that the latest incident was a direct result due to a complaint I filed against C.O. Young, one that has never been returned to me. I don't recall the exact date I filed it, it was early august. C.O. Young took me to Huey P. Long. I was cuffed with leg's waist chains. I told C.O. Young that I had a soft restrainent exception in my medical file, Because I have D.V.T., a history of blood clots. I explained that metal cuffs can cut of circulation or cause an embolsum that could result in a stroke or death.

He stated that he knew nothing about soft restraings. but he didn't care and said not to tell him how to do his job! However, I did not tell him how to do his job. I simply said I was sopossed to get soft restraings. So instead he put on the reg. metal cuffs tightly just out of spite.

While we were at Huey P. Long. We had to travel several hundred yards to the holding cell behind the hospital. He was trying to get me to hurry, and showing me. I asked him to quit And it made him mad, so he continued until I fell and nearly hurt myself. He said I should watch where I was walking. I was angry and said well see who laughs when I get back. Then he started with his general ignorant white boy stuff. so I saw the Prejudice against inmates, but also a racist. Anyway I wrote a complaint concerning this with no response.

It not long after this happened I had a problem and made a complaint. (See next page).

9-10-08
**Date Filed**

Randy Carson
**Inmate's Signature**

1 of 2 Pages.

9 - 10 - 08
a

regarding the metal handcuffs tring to see if some remedy could be found, while at court house holding cells. I mentioned that I had no problems thus far with hospital trips except for C.O. young, that complaint was also denied. for some non sence. these are events that lead up to the eve of 8/14/08, when C.O. young handcuffed me and slammed my head in to the wall. OK.

The forgoing was a brief history of what seems to be a on going problem. But this is where my complaint starts. Today C.O. young was placed back on my dorm. He has a vengful and hateful attitude. I don't want to be near him for fear of further refusals. I know he can walk in here and cuff me and lead me now ever and when ever he wants. I don't want to be set up for standing up for myself.

This may sound kind of paranoid and will probably get blamed on my condition. I am on my medications and I am stressed out not to mention the pain from my neck.

I avoided C.O. young today. But I feel you that are in charge of these investigations that this officer is useing excessive force, after handcuffing inmates. He is also dangerous and a person I know to personally disregaurd the law.

Today Sep. 10th During the A.M. brakefast in C-600 every one had the privilege of seeing C.O. young Handcuff and use Excessive force on a Inmate. The Camera tapes should be saved. in the hall between C-700 - C-600; No problem maby the guy was being a jerk. But what I saw was not necessary.

Anyway, lunch time arrives, and "guess what" C.O. young has another inmate handcuffed and is useing excessive force, on another inmate.

I can name a few other times me and many others have seen this. By C.O. Young.

you have cameras, you should check on what is obvious to everyone else, you should save these photo tapes I may be haveing them subpenaed.

What I see is a officer who can't go a day without haveing an incedent with inmates. whats wrong with that picture. Ill tell you whats wrong you know it and are protecting him, and alowing him to continue. what are you going to do when he kills someone.

9/10/08
Date Filed.

Randy Carson

C-838

2 of 2 page

United States District Court

Carson - VS - Young.

9/28/08

Respectfully Submitted.

Comes Now the Plantiff Randy R. Carson pro-se and en Forma Paupres.

I have witnesses, two of them are trustees. I am a pretrial detainee, We are keep totaly seperate, and are not allowed to talk to them.

The two trustes who feed the last meal on 8/19/08 did see C.O. young When he handcuffed me and beat my head aginst the wall & kicked my leg from under me. ET. AL.

I have asked in a complaint form for me to be allowed to get a statement from from these two inmates, I will need the courts help to gain these statements and proper names of my witnesses.

Also I would ask the the court direct the warden of S.T.P.J. to Reserve the film on the camera in the hallway on 8/19/08, While feeding the last meal. between c-800 & c-500.

Also to preserve the film from camera on 9/10/08 During breakfast feed up in the hallway between c-600-c700 and from lunch on 9/10/08 in the hallway on c-500-c-800. each of these films will show C.O. young useing excessive force.

thank you.
Randy Ray Carson
Plantiff.

CARSON -vs- YOUNG.

DATE FILED. 9/28/09

During the evening meal on 8/19/08 between the hours of approx. 4:00 PM & 5:00 pm The Plaintiff made a legitimate complaint To the defendant C.O. Young, regaurding the food they tried to serve the Plaintiff.

C.O. young maliciously stated if you don't like it don't come to jail.

I have been here for one year, I've never been in trouble or disaplined. I am a pretrial detainee. I was a tax payer prior to coming here I have a right to be treated equally and feed properly.

In hind sight I should have known better then to try to address any problem with the Defendant C.O. Young.

I say this because the only complaint I ever filed regaurding an officer refered to C.O. Young. Anyway I could see it was pointless to argue and while walking away and having gone approx. 15' feet. I told my friend he was a racist Pig refering to a prier incident with C.O. young.

Young overheard me and called me back to the door way and ordered me to turn around. I did so. He then handcuffed me behind the back. And he purposely put the cuffs on very tightly. I mean he was hurting me. I said do you think you can put them on any tighter. He knew what I ment. But having prior knowlegge of my medical problem with handcuffes. my (D.V.T), and soft restraight only condition. he took both hands and squeezed the cuffes as tightly as possible.

Cutting off my circulation to my hands. My wrists were bruised for days. C.O. Young would have caused blood clot to pass or an aneurism causing a stroke or death.

Anyway while I was handcuffed behind my back, Defendant C.O. Young, told me to face the wall just outside the dorm, and told me to get on my knees. I have yet to figure out how to get on my knees with my hands cuffed behind me without hurting my self.

Well what he did was place one hand behind my head and useing his right knee he kicked my knee out from underme, while slaming my head into the wall at the same time, my wrist were bruised for days my forhead had a lump on it but my neck is what is really hurt, medical says its whiplash I say its worse but they won't give me X rays. Just like medical would not see me for a week and a half. Even after informing them of what happened.

Now my second Defendant pod officer. ( UNNAMED ) is responsible for watching the runner who was c.o. young. At all times this is Photocall. So he must have seen c.o. young. Cuff me and slam my head into the wall. If he saw it and did not report it he is just as guilty. However if the Pod officer did see it and reported it, which at this point I can't know. If he did report it, please drop him as a defendant and add as a witness. If he did not see it at all, he failed to do his job and should not be working here.

Anyway: After the officer was finished battering me, he left me on my knees faceing a wall

He then left me unattended on the floor and went to feed C-600 & C-700 dorms. After that he took me to the old medical, called the freezer or cookey jar. And left me in there with out allowing me to speak to a ranking officer. I told him it was hurt he would not take me to medical either.

I was locked in this confinment cell without being feed or anything else. I was being punnished in confinement with out a hearing or Due Process.

After a couple of hours the shift Lt was walking by I got his attention, and I explained what happened I showed him my wrists and for head he call a runner, a Black female C.O. who brought me back to my dorm. However no Disciplinary action was ever taken in this incident. Because I did nothing wrong!

The events of 8/19/08 were in fact a Reprisal due to redress of grievance, I say this because when he slammed my head into the wall he said quote: Write a complaint about that. And the previous day I got back my denied complaint of 8/11/08 concerning excessive force handcuffs ect. C.O young was the only named officer in that complaint.

A few weeks prior to the above complaint I had to go to Earl K Long Hospital. C.O young, young was to take me. I explained to C.O young that I was soposed to get soft restraights Because I have D.U.T. Deep Vein Thrombosis, he told me he did not know anything about it, and not to tell him how to do his job. I asked him to check with medical, he refused.

Let me explain my medical problems with metal restraights and C.O young.

After he refused to check with medical regarding the restraints, he cuffed me in metal very tightly saying you white boys always want special treatment. I was already bleeding real bad and could not really talk. So I tried to ignore him. Once we got to the hospital, he kept raising his voice and shoving me around, I asked him to quit finely. He said then walk faster. But I couldn't due to the tight leg chains. So he started shoving me again this time pushing me down, landing on my knees, if I had fallen all the way on my face, because my hands were cuffed to my sides in a waist chain.

He was training another officer. So when ever young and I were alone, he would start with his raciest comments. When I got back to the jail I got a inmate complaint form and filed it regarding the hospital trip. As usual I recieved no response, but I got a copy. Just so you understand why not being a cry baby regarding the excessive force, metal cuffs I will explain my medical condition.

I have testicular cancer, thus caused due to a genitic Heriditary disorder called Hemochromataels, This comened with chemo therapy, put me at high risk for blood clots.

So one day I was being transported my legs were shackled I tripped and caused a large blood clot in my right calf. I was taken to bobby kemp hospital and admitted for two weeks for D.V.T. (Deep vien Thrombois) because I had problems with the comidin they had to give me injections of a drug called fragamine in the stomic every day for months I was black from my knees to my neck because of bruising caused by the thiner.

I was told by my doctors that I could have easily died. I was told not to allow metal restraints to be used specially on my legs. That one wrong move or a fall could cause a blood clot leading to a stroke or Embalism.

I am afraid to be cuffed for long lenghts of time or tightly because it cuts my circulation off. and this is how blood clots start. or a metal restraint getting pulled or jerked causes trauma and possible clots. I feel I have very good's reasonable cause to be afraid.

Due to the forgiving reasons, I wrote complaints, the serious nature of the complaints. did warent an investigation. My complaints of wanton & deliberate indifference to my medical condition and orders. and my right to be free of cruel and unusual punishment, and as a result I recieved Reprisal for redress of grievance.

Even though I did report this. Defendant Gregory Longins formally the asst. warden, its responsible for investigations on complaints. He has neglected and ignored my complaints having been fully informed. He has access to the cameras and video tapes and my 2 witnesses, he is fully aware that there are and have been a long history of C.O gangs use of excessive force. & Battery on inmates that are handcuffed. His obvious neglect to investigate the original complaint caused the later incident where C.O. yoring handcuffed and battered the Plaintiff.

Randy Carson
Plaintiff.

① AMENDED

Carson vs Young ET AL.                                    9/28/08

Comes Now; The Plaintiff, Randy R. Carson
Filing Pro se, and in Forma Pauperis.
I am a Pre-trial detainee, in the St Tammany
Parish Jail. I have been here for over one Year.
I have never had any money in my account
I own no property, I have no stocks Bank accounts
I even lost my car. I have no family to help me
I would Pray to Proceed In Forma Pauperis.

I need to give notice to this Honorable Court
that attempts are being made to stop me from filing
this Act 42 1983 action.
There are two major issues I wish to address
and made part of the record Please, where the
Defendant Lt. Gregory Longino, attempted to denie
me access to the courts.

1. Plaintiff has asked both verbaly to Mr Gary;
Lt. Longino, And in writing for access to research
materials Federal rules of Civil procedure, civil rules
of court, State & Federal.
The response I receive is since I don't have a federal
charge, I am not entitled to these Books. How do I seek
Remedy in federal Courts if I don't know Proceedure?
I believe the law requires "Meaningful access to a
Library or legal assistance. (A) the legal assistance here
in St tammany Parish Jail is. Defendant Gregory Longino.

and his computer. There are no books that I am aware of. Defendant G. Longino, will allow you to research, by books that are alleged to be in every dorm. However I have been in this dorm for one year and have yet to see any.

Moreover, S.T.P.J. Inmate rules and regulations (amended Nov. 2007) has absolutely no mention or procedure for access to law library or assistance. but we are verbally told if we know the statute or case then they will look it up on the computer at 15¢ per page cost to inmate. Also we are told if the legal material we need does not relate to our charges we haven't the right to it.

Whereas Defendant G. Longino is our only means of legal assistance, he is also in charge of investigating A.R.P. forms, complaints, and other Disciplinary issues.

My Point is G. Longino is a defendant in my 1983 action, He has already attempted to sabotage my action. He is in charge of the complaint process, and he is in charge of my access to any legal assistance. Is this not a conflict of intrest?

There are other cases, originating from this jail regarding access to the courts.

To the best of my ability I finished my Act-42 1983 form, I had several exhibits of my attempts to Remedy this action.

I sent this whole package of papers with the mail room officer, in a legal envelope to be copied so that I could keep a copy.

This was on monday Sep. 15th 2008. Now what usually happens, S.T.P.J. mail room Pinto call, is to pick up your copies in the morning and return them that evening, during mail call.

However, I did not get my 1983 action Back. I complained every day. No one knew what had happened to it according to Mr. Gary of the mailroom. Mr. Gary said it may have gotten sent to the Post office. I stated that there was no address on it or stamps, why would the Post office have it. I threatened to contact the United States District court, and the Post Master.

So on tuesday Sep 23rd 2008. I was called to go to Lt. G. longinos office. He wanted to know why I felt he should be a defendant in my 1983 action. He had my 1983, and said he had no idea how it came to be on his desk. He stated that I could not file this case because I did not complete the S.R.P. Process.

I stated that for two months I filed several complaints and S.R.P.S, all of which disappeared. or got a ridiculous answers. He had my complaints right on his desk in front of him.

So I told him. If you would have attempted to answer my complaints & S.R.P.S way back in the begining refering to Defendant C.O youngs actions at the hospital. then the second complaint, regaurding the hand cuffs, & C.O young. where he responded "to write the court house" which I did with no responce, it was as a result of these complaints that

Defendant c.o. young. did on 8/12/08 in an act of Reprisal for redress of grievance, handcuff me in metal restraints, as tight as possible, then useing his right knee he kicked my left knee out from under me, while at the same time placed his hand on my head and slammed my forehead into the wall. Stating write a complaint about that.

If Lt. Longino had if fact reprimanded c.o. young instead of dismissing my complaints. Which showed his deliberate indifference to my safety and well being. I say that putting metal hand cuffs on me, (discounting medicals orders). is the same as playing Russian Roulet with my life. Is that serious. a blood clot could kill me.

Whereas, if the Defendant G. Longino does not return my copies of the complaints. I would like this Honorable court to know I do have witnesses to there existence one of these witnesses is a corrections officer at St. tammany Parish jail and I know him to be an honest person.

Because of the serious nature of the complaint regarding the 1983 action, and because of the forgoing reasons I would pray that this Honorable court will allow my 1983 action to be set for trial.

Respectfully.

Randy Carson

C 838



Legal Mail

Randy Ray Carvin # C 838
Post Office Box 98
Covington La. 70434

NOT CENSORED

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

NOT CENSORED

NOT CENSORED

